

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG -4  P 2: 40
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES JERROD SPIKES** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 04-2575** |
| **PAT BOOK, WARDEN** | * | **SECTION: "T"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of James Jerrod Spikes for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this _3rd_ day of _August_, 2005.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmD_____
Doc. No._____